UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br>Petitioner,<br>v.<br>ROBERT JACKSON,<br>Respondent. | CASE NO. C26-3552-RSL-BAT<br>**REPORT AND RECOMMENDATION** |

**Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis* with a proposed habeas petition that he originally filed with the United States Supreme Court in which he challenges his conviction and confinement based on theories as various as excessive bail, violation of the separation of powers because the Supreme Court is a "shrinking violet" compared to the other branches of government, and unconstitutional amendments of the Constitution by the Supreme Court. Dkt. 1, at 6–8; *see id.* at 38. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively close this matter

and to strike any pending motions as moot. Moreover, Mr. Demos may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A). A proposed Order is attached. **The Clerk should note the matter as ready for the District Judge's immediate consideration on October 13, 2026.**

DATED this 13th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge